THE PEOPLE OF THE STATE OF NEW YORK ex rel. J. ROMAINE BROWN et al., Respondents, *v.* HERMAN A. METZ, as Comptroller of the City of New York, Appellant.

*People ex rel. Brown* v. *Metz*, 119 App. Div. 271, affirmed.
(Argued October 2, 1907; decided October 22, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May

24, 1907, which reversed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to convey to the relators the right, title and interest of the city of New York in certain lands and granted said motion.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly, John P. Dunn* and *Thomas C. Blake* of counsel), for appellant.

*John C. Toole* and *James A. Deering* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.